No. 179. FARBWERKE ET AL. v. CHEMICAL FOUNDATION, INC., ET AL.;

No. 180. FARBWERKE v. E. I. DU PONT DE NEMOURS & CO. ET AL.;

No. 181. DEUTSCHE GOLD & SILBER SCHEIDE ANSTALT v. SAME;

No. 182. BADISCHE-ANILIN & SODA-FABRIK v. SAME;

No. 271. WOODS, TREASURER, v. CHEMICAL FOUNDATION, INC., ET AL.;

No. 272. SUTHERLAND, ALIEN PROPERTY CUSTODIAN, v. FARBWERKE ET AL.;

No. 273. SAME v. DEUTSCHE GOLD & SILBER SCHEIDE ANSTALT ET AL.; and

No. 274. SAME v. BADISCHE ANILIN & SODA-FABRIK ET AL. October 13, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Frederick H. Wood, Almuth C. Vandiver,* and *Charles F. Curry* for petitioners in Nos. 179, 180, 181, and 182. *Solicitor General Thacher* for petitioners in Nos. 271, 272, 273, and 274. *Messrs. Joseph H. Choate, Jr., Wm. G. Mahaffy, S. M. Stellwagin, G. Carroll Todd, J. P. Laffey, W. S. Gregg, Solicitor General Thacher, J. Frank Staley,* and *Thomas E. Rhodes* for respondents in Nos. 179, 180, 181, and 182. *Messrs. G. Carroll Todd, Joseph H. Choate, Jr., Wm. G. Mahaffy,* and *S. M. Stellwagin* for respondents in Nos. 271, 272, 273, and 274. Reported below: 39 F. (2d) 366.